# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 24, 2007

133526

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

DZEMAL DULIC,
　　　　　Plaintiff-Appellee,

v

PROGRESSIVE MICHIGAN INSURANCE
COMPANY and CLARENDON NATIONAL
INSURANCE,
　　　　　Defendants-Appellees,
and

AMERISURE INSURANCE COMPANY,
　　　　　Defendant-Appellant.

SC: 133526
COA: 271275
Macomb CC: 2004-004851-NF

_____/

　　　　On order of the Court, the application for leave to appeal the February 15, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 24, 2007

Clerk

t0917